FILED
08 AUG 18 PM 3:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JW

*Francis W. Davis*

Plaintiff,

vs.

*Warden Ken Clark*

Defendant.

CV 08    3933

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, *Francis W. Davis*, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?    Yes _✓_   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

$0.65 X 150 hours equal

Gross: *$97.50 a month.*    Net: *Minus 65% gives me $34.25 monthly.*

Employer: *I am employed by Prison Authority Industry (PIA), I make $0.65 an hour and we work 150 hours a month.*

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

1   and wages per month which you received.  (If you are imprisoned, specify the last place of
2   employment prior to imprisonment.)
3   _____
4   _____
5   _____
6   2.   Have you received, within the past twelve (12) months, any money from any of the following
7   sources:
8       a.   Business, Profession or                    Yes ____ No ✓
9            self employment
10      b.   Income from stocks, bonds,                 Yes ____ No ✓
11           or royalties?
12      c.   Rent payments?                             Yes ____ No ✓
13      d.   Pensions, annuities, or                    Yes ____ No ✓
14           life insurance payments?
15      e.   Federal or State welfare payments,         Yes ____ No ✓
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.   Are you married?                               Yes ____ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____   Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ____ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ✓
20 _____
21 8.  What are your monthly expenses?  *I'm in prison.*
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment              Total Owed on This Acct.
26 _____  $ _____  $ _____
27 _____  $ _____  $ _____
28 _____  $ _____  $ _____ 9. Do

'RIS. APP. TO PROC. IN FORMA PAUPERIS           - 3 -

1  _____

2  _____

3  10.  Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                                            Yes ___   No ✓

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

   I consent to prison officials withdrawing from my trust account and paying to the court the
initial partial filing fee and all installment payments required by the court.

   I declare under the penalty of perjury that the foregoing is true and correct and understand
that a false statement herein may result in the dismissal of my claims.

08-12-08                           *Francis W. Davis*
DATE                               SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

1. To: Inmate Trust Account Office
2. CSATF State Prison
3. P.O. Box 5242
4. Corcoran, Ca. 93212-5242
5. From: Francis W. Davis #K-80609
6. CSATF State Prison
7. P.O. Box 5242 / D-2-104 Low
8. Corcoran, Ca. 93212-5242
9. Reason: Six month printout
10.
11. Dear Trust Office Worker:
12. Would you please fill out
13. this form for me so I can submit it to the Court.
14. I will really appreciate your assistance with this
15. documentation. Thank You,
16. Dated: 07-29-08           Sincerely,
17.                           Francis W. Davis

1
2                                                          Case Number: _____
3
4
5
6
7
8
9                               **CERTIFICATE OF FUNDS**
10                                         **IN**
11                              **PRISONER'S ACCOUNT**
12

13   I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of **FRANCIS WAYNE DAVIS** for the last six months at
15                                    [prisoner name]
16   **CSATF**_____ where (s)he is confined.
17            [name of institution]
18       I further certify that the average deposits each month to this prisoner's account for the most
19   recent 6-month period were $ **55.06** and the average balance in the prisoner's account
20   each month for the most recent 6-month period was $ **68.42**.
21
22   Dated: **7/31/08**                    **m. jordan**
23                                         [Authorized officer of the institution]
24
25
26
27
28

```
REPORT ID: TS3030 .701                    CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 07/30/08
                                              SATF/SP AT CORCORAN                           PAGE NO:          1
                                           INMATE TRUST ACCOUNTING SYSTEM
                                           INMATE TRUST ACCOUNT STATEMENT

                                          FOR THE PERIOD: FEB. 01, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER : K80609                                                    BED/CELL NUMBER: FDB2T100000000104L
ACCOUNT NAME   : DAVIS, FRANCIS WAYNE                                      ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

  TRAN
DATE   CODE   DESCRIPTION        COMMENT         CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----   ----   -----------        -------         ---------  --------   -----------   -------
02/01/2008    BEGINNING BALANCE                                                        51.00
02/07*VD50    INMATE-PAYROLL     4006/01-08                   63.70                   114.70
02/07 W215    FEDERAL FILIN      4035/1370                                  12.74     101.96
02/08 FC04    DRAW-FAC 4         4061/FAC-D                                  4.50      97.46
03/05*VD50    INMATE-PAYROLL     4480/02-08                   58.22                   155.68
03/05 W215    FEDERAL FILIN      4498/1370                                  11.64     144.04
03/05 FC04    DRAW-FAC 4         4519/FAC-D                                 22.15     121.89
03/06 W215    COPY CHARGE        4828/COPY                                   0.20     121.69
03/25 W515    CASH WITHDRAW      4906/BOOKS  300048027                     106.00      15.69
04/02 W415    INMATE-PAYROLL     4946/03-08                   54.41                    70.10
04/07*VD50    FEDERAL FILIN      4984/1370                                  10.88      59.22
04/07 W215    LEGAL COPY CH      5179/LCOPY                                  5.80      53.42
04/16 W516    INMATE-PAYROLL     5469/04-08                   54.27                   107.69
05/06*VD50    FEDERAL FILIN      5516/1370                                   3.12     104.57
05/06 W215    DRAW-FAC 4         5534/FAC-D                                  3.90     100.67
05/07 FC04    VISION CARE C      5638/REC'D                                 94.00       6.67
05/07 W514    LEGAL COPY CH      5835/LCOPY                                  2.75       3.92
05/12 W516    CANTEEN RETUR      705878                                      3.90-      7.82
05/22 FR01    INMATE-PAYROLL     6049/05-08                   49.00                    56.82
05/27*VD50    FEDERAL FILIN      6054/1370                                   9.80      47.02
06/05 W215    DRAW-FAC 4         6069/FAC-D                                 21.50      25.52
06/06 FC04    LEGAL COPY CH      0028/LCOPY                                  1.90      23.62
07/01 W516    INMATE-PAYROLL     0071/06-08                   50.76                    74.38
07/07*VD50    FEDERAL FILIN      0108/1370                                   4.50      69.88
07/07 W215    DRAW-FAC 4         0129/FAC-D                                 20.00      49.88
07/08 FC04    COPAY CHARGE       0143/16891                                  5.00      44.88
07/08 W536

                  * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/08/98                    CASE NUMBER: 193679
COUNTY CODE:    SCL                         FINE AMOUNT: $  10,000.00

  DATE       TRANS.  DESCRIPTION                    TRANS. AMT.     BALANCE
  ----       ------  -----------                    -----------     -------
02/01/2008           BEGINNING BALANCE                              8,968.20
```

```
REPORT ID: TS3030  .701                                          REPORT DATE: 07/30/08
                                                                 PAGE NO:          2
                         SATF/SP AT CORCORAN
                      INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: FEB. 01, 2008 THRU JUL. 30, 2008

ACCT: K80609                                                    ACCT TYPE: I
ACCT NAME: DAVIS, FRANCIS WAYNE

                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 01/08/98                  CASE NUMBER: 193679
COUNTY CODE:    SCL                       FINE AMOUNT: $ 10,000.00

 DATE    TRANS.   DESCRIPTION                     TRANS. AMT.    BALANCE
 ------  -------  -----------------------------   -----------    -----------
 02/07/08 VR50    RESTITUTION DEDUCTION-INDUSTRY       70.77-     8,897.43
 03/05/08 VR50    RESTITUTION DEDUCTION-INDUSTRY       64.67-     8,832.76
 04/07/08 VR50    RESTITUTION DEDUCTION-INDUSTRY       60.45-     8,772.31
 05/06/08 VR50    RESTITUTION DEDUCTION-INDUSTRY       60.29-     8,712.02
 06/05/08 VR50    RESTITUTION DEDUCTION-INDUSTRY       54.44-     8,657.58
 07/07/08 VR50    RESTITUTION DEDUCTION-INDUSTRY       56.39-     8,601.19

 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                          TRUST ACCOUNT SUMMARY

 BEGINNING   TOTAL     TOTAL        CURRENT    HOLDS      TRANSACTIONS
 BALANCE     DEPOSITS  WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED
 ---------   --------  -----------  --------   --------   ------------
    51.00     330.36      336.48      44.88       0.00        0.00

                                                 CURRENT
                                                 AVAILABLE
                                                 BALANCE
                                                 ---------
                                                   44.88
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:   JUL 3 0 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE